# Exhibit 1

# United States of America

## United States Patent and Trademark Office

# MAC MILLER

**Reg. No. 4,059,321**

**Registered Nov. 22, 2011**

**Int. Cls.: 9, 25 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

MALCOLM MCCORMICK PKA MAC MILLER (UNITED STATES INDIVIDUAL)
1801 CENTURY PARK WEST
C/O ZIFFREN BRITTENHAM
LOS ANGELES, CA 900676406

FOR: A SERIES OF MUSICAL SOUND RECORDINGS; DOWNLOADABLE MUSICAL SOUND RECORDINGS, AUDIOVISUAL RECORDINGS FEATURING MUSIC AND MUSICAL ENTERTAINMENT, DOWNLOADABLE AUDIOVISUAL RECORDINGS FEATURING MUSIC AND MUSICAL ENTERTAINMENT, DOWNLOADABLE RINGTONES FOR MOBILE PHONES AND WIRELESS DEVICES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-0-2009; IN COMMERCE 6-0-2009.

FOR: T-SHIRTS AND SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-0-2011; IN COMMERCE 1-0-2011.

FOR: ENTERTAINMENT SERVICES, NAMELY, LIVE MUSICAL PERFORMANCES; ENTERTAINMENT SERVICES, NAMELY, PROVIDING NON-DOWNLOADABLE RECORDED MUSIC, NON-DOWNLOADABLE RECORDED MUSICAL PERFORMANCES, NON-DOWNLOADABLE MUSICAL VIDEOS, RELATED VIDEO CLIPS, PHOTOGRAPHS AND OTHER ENTERTAINMENT INFORMATION ON A MUSICAL ARTIST, ALL PROVIDED VIA A WEBSITE; ENTERTAINMENT SERVICES, NAMELY, PROVIDING NON-DOWNLOADABLE RECORDED MUSIC, NON-DOWNLOADABLE RECORDED MUSICAL PERFORMANCES, NON-DOWNLOADABLE MUSICAL VIDEOS, RELATED VIDEO CLIPS, PHOTOGRAPHS, USER POSTS ON ENTERTAINMENT AND MUSIC TOPICS, TOUR INFORMATION AND OTHER ENTERTAINMENT INFORMATION ON A MUSICAL ARTIST, ALL PROVIDED VIA ONLINE PROFILE PAGES; ONLINE FAN CLUB PAGES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 5-0-2009; IN COMMERCE 5-0-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE NAME "MAC MILLER" IS THE PROFESSIONAL NAME OF "MALCOLM MCCORMICK" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.



Director of the United States Patent and Trademark Office

**Reg. No. 4,059,321**   SER. NO. 85-271,267, FILED 3-18-2011.

CURTIS FRENCH, EXAMINING ATTORNEY

<div style="border:1px solid black">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

<div style="border:1px solid black">

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

</div>

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,836,895
Registered May 17, 1994

## TRADEMARK
### PRINCIPAL REGISTER

## NIRVANA

NIRVANA (PARTNERSHIP)
C/O LEE JOHNSON, VWC MANAGEMENT
13343 BELLEVUE-REDMOND ROAD
BELLEVUE, WA 98005

FOR: CLOTHING; NAMELY, SHIRTS, TEE SHIRTS, CAPS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 11-0-1991; IN COMMERCE 11-0-1991.

SER. NO. 74-417,065, FILED 7-26-1993.

PAUL KRUSE, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21 and 36

# United States Patent and Trademark Office

Reg. No. 1,842,789
Registered July 5, 1994

## TRADEMARK
### PRINCIPAL REGISTER

## NIRVANA

NIRVANA (PARTNERSHIP)
C/O LEE JOHNSON, VWC MANAGEMENT
13343 BELLEVUE-REDMOND ROAD
BELLEVUE, WA 98005

　　FOR: SERIES OF SOUND RECORDINGS AND PRERECORDED VIDEOTAPES ALL FEATURING PERFORMANCES OF A MUSI-

CAL ARTIST OR GROUP, IN CLASS 9 (U.S. CLS. 21 AND 36).

　　FIRST USE 6-0-1989; IN COMMERCE 6-0-1989.

　　OWNER OF U.S. REG. NO. 1,631,419.

　　SER. NO. 74-417,064, FILED 7-26-1993.

PAUL KRUSE, EXAMINING ATTORNEY



# United States of America

## United States Patent and Trademark Office

# NIRVANA

**Reg. No. 3,937,416**

**Registered Mar. 29, 2011**

**Int. Cls.: 16 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

NIRVANA, L.L.C. (WASHINGTON LIMITED LIABILITY COMPANY)
C/O TODD GELFAND
1880 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CA 90067

FOR: PRINTED MATERIALS, NAMELY, POSTERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1992; IN COMMERCE 0-0-1992.

FOR: ENTERTAINMENT SERVICES, NAMELY, PROVIDING A WEBSITE WITH INFORMATION ON RECORDINGS OF A MUSICAL GROUP AND HISTORICAL INFORMATION ON A MUSICAL GROUP AND PROVIDING ONLINE PROFILE PAGES WITH PHOTOS AND INFORMATION ON RECORDINGS OF A MUSICAL GROUP; PROVIDING NON-DOWN-LOADABLE PRE-RECORDED MUSIC AND VIDEO CLIPS VIA A WEBSITE AND ONLINE PROFILE PAGES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 0-0-2002; IN COMMERCE 0-0-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 1,842,789.

SER. NO. 85-090,713, FILED 7-22-2010.

KATHLEEN LORENZO, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# NIRVANA

**Reg. No. 4,663,544**

**Registered Dec. 30, 2014**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

NIRVANA, L.L.C. (WASHINGTON LIMITED LIABILITY COMPANY)
C/O JILL BERLINER, ESQ.
1900 AVENUE OF THE STARS, 25TH FLOOR
LOS ANGELES, CA 90067

FOR: MUSICAL SOUND RECORDINGS; DOWNLOADABLE MUSICAL SOUND RECORD-INGS; SOUND RECORDINGS FEATURING PERFORMANCES OF A MUSICAL GROUP; DOWNLOADABLE SOUND RECORDINGS FEATURING PERFORMANCES OF A MUSICAL GROUP; AUDIOVISUAL RECORDINGS FEATURING MUSIC; AUDIOVISUAL RECORDINGS FEATURING PERFORMANCES OF A MUSICAL GROUP; DOWNLOADABLE AUDIOVISUAL RECORDINGS FEATURING MUSIC; DOWNLOADABLE AUDIOVISUAL RECORDINGS FEATURING PERFORMANCES OF A MUSICAL GROUP, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-0-1989; IN COMMERCE 6-0-1989.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 1,842,789.

SER. NO. 86-287,837, FILED 5-21-2014.

ROBIN CHOSID, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,430,930**

**Registered Mar. 27, 2018**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Nirvana, L.L.C. (WASHINGTON LIMITED LIABILITY COMPANY)
C/o Rimon Law, Jill Berliner, Esq.
2029 Century Park East, Suite 400n
Los Angeles, CALIFORNIA 90067

CLASS 25: Shirts; sweatshirts; hooded sweatshirts

FIRST USE 9-21-1993; IN COMMERCE 9-21-1993

The mark consists of an accurate-to-scale silhouette-like representation of a winged woman facing forward, wings outstretched, with her head facing to her left, with a bent left knee, and with arms outstretched and palms facing forward so that the positions of her left and right arms are at approximately 4:30 o'clock and 7:30 o'clock, respectively.

SEC.2(F)

SER. NO. 87-178,273, FILED 09-21-2016

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,441,075**

**Registered Apr. 10, 2018**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Nirvana, L.L.C. (WASHINGTON LIMITED LIABILITY COMPANY)
C/o Rimon Law, Jill Berliner, Esq.
2029 Century Park East, Suite 400n
Los Angeles, CALIFORNIA 90067

CLASS 9: Audio and video recordings, namely, compact discs featuring music and musical performances; phonograph records featuring music; prerecorded digital media in the nature of audio and visual media, namely, CDs, DVDs, and downloadable audio and video recordings in the field of music; digital music downloadable from the internet; DVDs featuring music and musical performances; downloadable audio and video recordings, namely, downloadable music files, downloadable multimedia files containing audio and video relating to music and musical performances, downloadable MP3 files and MP3 recordings featuring music and musical performances, and downloadable musical and video recordings in the field of music

FIRST USE 9-21-1993; IN COMMERCE 9-21-1993

The mark consists of an accurate-to-scale silhouette-like representation of a winged woman facing forward, wings outstretched, with her head facing to her left, with a bent left knee, and with arms outstretched and palms facing forward so that the positions of her left and right arms are at approximately 4:30 o'clock and 7:30 o'clock, respectively.

SEC.2(F)

SER. NO. 87-178,261, FILED 09-21-2016



Director of the United States
Patent and Trademark Office

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,797,928
Registered Oct. 12, 1993

## TRADEMARK
### PRINCIPAL REGISTER

## FLOWER SNIFFIN KITTY PETTIN BABY KISSIN CORPORATE ROCK WHORES

NIRVANA, INC. (WASHINGTON CORPORA-
TION)
C/O LEE JOHNSONVWC MANAGEMENT
13343 BELLEVUE-REDMOND ROAD
BELLEVUE, WA 98005

FOR: CLOTHING; NAMELY, TEE SHIRTS, IN
CLASS 25 (U.S. CL. 39).

FIRST USE 11–0–1991; IN COMMERCE
11–0–1991.

SER. NO. 74–356,609, FILED 2–8–1993.

ANTHONY LUPO, EXAMINING ATTORNEY



# United States of America

### United States Patent and Trademark Office

# RAMONES

**Reg. No. 4,905,059**

**Registered Feb. 23, 2016**

**Int. Cls.: 9 and 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

RAMONES PRODUCTIONS, INC. (NEW YORK CORPORATION)
C/O TROUTMAN SANDERS LLP
875 THIRD AVENUE
NEW YORK, NY 10022

FOR: PRE-RECORDED VINYL RECORDS, DVDS AND CDS FEATURING MUSIC AND MUSICAL ENTERTAINMENT; DOWNLOADABLE DIGITAL SOUND AND VIDEO RECORDINGS FROM THE INTERNET RECORDINGS FEATURING MUSIC AND MUSICAL ENTERTAINMENT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1978; IN COMMERCE 0-0-1978.

FOR: POSTERS; PHOTOGRAPHS; DECALS AND STICKERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1978; IN COMMERCE 0-0-1978.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,056,896.

SER. NO. 86-701,644, FILED 7-22-2015.

NAAKWAMA ANKRAH, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office
(USPTO). The time periods for filing are based on the U.S. registration date (not the international registration
date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to
those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international
registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the
underlying international registration at the International Bureau of the World Intellectual Property Organization,
under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated
from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal
forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark
owners/holders who authorize e-mail communication and maintain a current e-mail address with the
USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark
Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms
available at** http://www.uspto.gov.

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 3,056,896**

**United States Patent and Trademark Office**   Registered Feb. 7, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# RAMONES

RAMONES PRODUCTIONS, INC. (NEW YORK CORPORATION)
C/O PRYOR CASHMAN SHEMNAN & FLYNN LLP
410 PARK AVENUE
NEW YORK, NY 10022

FOR: T-SHIRTS AND HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-1976; IN COMMERCE 12-31-1976.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SEC. 2(F).

SER. NO. 76-605,571, FILED 8-2-2004.

ZHALEH DELANEY, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# HEY HO LET'S GO

**Reg. No. 5,715,769**

**Registered Apr. 02, 2019**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Ramones Productions, Inc. (NEW YORK CORPORATION)
C/o Troutman Sanders Llp
875 Third Avenue
New York, NEW YORK 10022

CLASS 25: t-shirts

FIRST USE 2-1-2019; IN COMMERCE 2-1-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-701,684, FILED 07-22-2015



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# GABBA GABBA HEY

**Reg. No. 5,740,022**

**Registered Apr. 30, 2019**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Ramones Productions, Inc.  (NEW YORK CORPORATION)
C/o Troutman Sanders Llp
875 Third Avenue
New York, NEW YORK 10022

CLASS 25: t-shirts

FIRST USE 2-1-2019; IN COMMERCE 2-1-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-701,715, FILED 07-22-2015



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

## ROCK 'N' ROLL HIGH SCHOOL

**Reg. No. 5,740,023**

**Registered Apr. 30, 2019**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Ramones Productions, Inc.  (NEW YORK CORPORATION)
C/o Troutman Sanders Llp
875 Third Avenue
New York, NEW YORK 10022

CLASS 25: t-shirts

FIRST USE 2-1-2019; IN COMMERCE 2-1-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-701,724, FILED 07-22-2015



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# The Cure

**Reg. No. 4,476,916**

**Registered Feb. 4, 2014**

**Int. Cls.: 9, 16 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

ROBERT SMITH (UNITED KINGDOM INDIVIDUAL)
CLINTONS
55 DRURY LANE
LONDON, UNITED KINGDOM WC2B5RZ

FOR: MUSICAL SOUND RECORDING AND MUSICAL VIDEO RECORDINGS IN ALL MEDIA; MOTION PICTURE FILMS ABOUT MUSICAL BANDS; PRERECORDED MAGNETIC DATA CARRIERS IN THE NATURE OF RECORDING DISCS, DISCS, MUSIC CASSETTES, VIDEO CASSETTES, ALL FEATURING PERFORMANCES BY A MUSICAL GROUP; MOTION PICTURE FILMS FEATURING MEMBERS OF A MUSICAL GROUP ENGAGED IN THEATRICAL, ORCHESTRAL, VOCAL, CHORAL, CHOREOGRAPHIC, AND CINEMATIC PRESENTATIONS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PAPER AND PAPER ARTICLES, NAMELY, TRADING CARDS, GREETING CARDS, STATIONERY, PICTURES, POSTERS, PHOTOGRAPHS; PUBLICATIONS, NAMELY, BOOKS, MAGAZINES, NEWSLETTERS, AND BULLETINS FEATURING MUSIC AND MUSICAL PERFORMANCES AND ENTERTAINMENT; MUSIC BOOKS; CALENDARS; WRITING AND NOTE PAPER AND PADS; NOTEBOOKS, BOOK COVERS; PICTURE BOOKS; DECALS; MUSIC AND LYRIC SHEETS; FAN MAGAZINES IN THE FIELD OF CONCERTS AND MUSIC; PRE-PAID TELEPHONE CALLING CARDS, NOT MAGNETICALLY ENCODED; DIARIES; BLANK JOURNALS; STICKERS; TEMPORARY TATTOOS; BUMPER STICKERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: ENTERTAINMENT, NAMELY, LIVE PERFORMANCES BY A MUSICAL BAND; PRODUCTION OF FILMS AND TELEVISION PROGRAMS FEATURING PERFORMANCES BY A MUSICAL BAND; ENTERTAINMENT, NAMELY, PROVIDING NON-DOWNLOADABLE PRERECORDED MUSICAL PERFORMANCES ON-LINE VIA A GLOBAL COMPUTER NETWORKS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF ERPN CMNTY TM OFC REG. NO. 007554595, DATED 11-10-2009, EXPIRES 11-10-2019.

SER. NO. 85-786,153, FILED 11-23-2012.



**Deputy Director of the United States
Patent and Trademark Office**

**Reg. No. 4,476,916** RAMONA ORTIGA, EXAMINING ATTORNEY

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.